September 21, 2015

Mr. Grailand Fields
TDCJ-ID-NO.# 774387
John B. Connally Unit
899 F.M. 632
Kenedy, Texas, 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 23 2015
Abel Acosta, Clerk

Mrs. Abel Acosta: Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas, 78711

RE: Request for an order to be issued upon the lower Bexar County District Court Judge of the 226th District Court to enforce its order and recommendation that your Applicant be provided an Evidentiary Hearing in support of his claims of Actual Innocence raised in his application-11.07 Writ of Habeas Corpus, under trial Court number 1996-CR-2288.

Dear Clerk:

In reference to the above styled and numbered cause please submit this cover letter to the Justices' of the Texas Court of Criminal Appeals so that they may properly rule.

Let the record reflect; Applicant filed his initial Application, 11.07 Writ of Habeas Corpus with the trial court on November 14, 2014, claiming Actual Innocence. The trial court Judge has not issued an order recommending an Evidentiary Hearing to be held in response. The Applicant was appointed counsel for representation of 11.07 Writ February 20, 2015. Applicant was tranferred back to Bexar County to be relieved of counsel on May 7, 2015. Applicant was then appointed another counsel.

Applicant complains that since this time it has been more than 45 days and still to this

date the trial court has not enforced an order.

Applicant complains that he has submitted countless letters inquiring about this matter with Court Appointed Counsel but still to this date he has failed to respond.

Applicant complains that he is being deliberately denied of his right to an Evidentiary Hearing by the trial court by its refusal to enforce its order. With this in mind Applicant is requesting that this HONORABLE COURT issue an order upon the lower court to comply with the rules of law and provide him the Evidentiary Hearing it recommended.

Thank you for your attention in this matter.

CC: File of

RESPECTFULLY SUBMITTED

Mr. GRADLAND FIELDS
TDCJ-ID-NO. # 774387
JOHN B. CONNALLY UNIT
899 F.M. 632
KENEDY, TX, 78119